# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0057.  DEITRA BURNEY-BUTLER, JUDGE v. ROBERT MACK, JUDGE.

This Emergency Motion in Arrest of Judgment was docketed on July 13, 2023. Appellant seeks relief concerning Judge Robert Mack, Jr.'s Order Rescinding Appointment of Deitra Burney-Butler. Because the motion does not meet the requirements of Rule 40 (b), it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/13/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*